UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :  INFORMATION

- v. -  :  23 Cr.

DELILAH CUMMINGS,  :  23 CRIM 214

Defendant.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### COUNT ONE
### (Theft of Government Funds)

The United States Attorney charges:

1. In or about July 2020, in the Eastern District of New York and elsewhere, DELILAH CUMMINGS, the defendant, embezzled, stole, purloined, and knowingly converted to her use and the use of another, and without authority sold, conveyed, and disposed of a record, voucher, money, and thing of value of the United States and a department and agency thereof, to wit, the United States Small Business Administration ("SBA"), which exceeded the sum of $1,000, and received, concealed, and retained the same with intent to convert it to her use and gain, knowing it to have been embezzled, stolen, purloined, and converted, to wit, CUMMINGS stole and converted to her own use $150,000 in loan proceeds that she received from the SBA.

(Title 18, United States Code, Section 641.)

*Damian Williams*
DAMIAN WILLIAMS
United States Attorney