CT. EX. #1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DELILAH CUMMINGS,

          Defendant.

**WAIVER OF INDICTMENT**

23 Cr.

**23 CRIM 214**

      The above-named defendant, who is accused of violating Title 18, United States Code, Section 641, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Delilah Cummings
Defendant

_____
Witness

_____
Aaron Goldsmith, Esq.
Attorney for Defendant

Dated: New York, New York
      April 26, 2023